# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**C.M., by and through his next best friend,**
**Sandra Munoz,**

      **Plaintiff,**

**v.**                          **Case No.  8:05-cv-1405-T-30TGW**

**THOMAS W. ARNOLD, in his official**
**capacity as the Deputy director of**
**Florida's Medicaid Program, et al.,**

      **Defendants.**

_____/

## ORDER OF DISMISSAL

      Before the Court is the Notice of Voluntary Dismissal (Dkt. #4).  In accordance with same,

it is **ORDERED AND ADJUDGED** as follows:

      1.     This cause is dismissed.

      2.     All pending motions are denied as moot.

      3.     The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on October 25, 2005.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1405.dismissal.wpd